

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00533-CV

Kenneth W. **ARTHUR**, et al,
Appellants

v.

**UVALDE COUNTY APPRAISAL DISTRICT**, Albert Mireles, Chief Appraiser,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-28619-TX
Honorable Watt Murrah, Judge Presiding

## O R D E R

The Appellee's Motion to Amend Brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court